MISDEMEANOR PROCEEDINGS

DATE: 6/20/11

JUDGE: Lauck

INTERPRETER: _____

CASE NO. 11MJ273

TAPE: FTR

UNITED STATES OF AMERICA

v.

Crystal Johnson  26

Initial/preliminary hearing ( )
Arraignment/trial (✓)
Probation/Identity ( )
Rule 5(a) Bond Hearing ( )
Sentencing ( )
Other _____ ( )

Witness(es): _____

AUSA Michael O'Neill

Counsel _____

ARRAIGNMENT PROCEEDINGS:
✓ Statement of rights and waiver, executed
___ Financial Affidavit, submitted for approval
___ CJA counsel to be appointed
___ Govt's motion to amend Ct. __ to _____, Granted
Deft. Entered plea of _____
___ Deft. Waived/requested trial by jury
___ Deft. Failed to appear
___ Govt's motion to dismiss _____, Granted

✓ Deft. Advised of charges/penalties/rights

___ Govt/Deft's motion for continuance, Granted
___ Govt's motion for warrant, granted Pending finding of probable cause

TRIAL PROCEEDINGS:
___ Opening Statements
___ Govt. adduced evidence, rested
___ Deft adduced evidence, rested
___ Rebuttal evidence
___ Closing Arguments
___ Findings stated from the bench
   Judgment: ___ Not guilty as to Counts _____
              ___ Guilty as to Counts _____

___ Witness excluded on motion of _____

Case set: _____   Began: 11:14   Ended: 11:10   Time in Court: _____

GUILTY PLEA PROCEEDINGS:

Deft. Withdrew plea of not guilty as to Counts _____ ( )
Deft. Arraigned/~~rearraigned~~ on Count(s) _____1_____ (✓)
Plea Bargain Agreement, filed    ( )
Statements of facts, filed       ( )   Used as summary   ( )     1
Deft entered plea of guilty as to Count (s) _____ (✓)
Court accepted plea  ( ✓   Govt. summarized evidence _____ (✓)
Judgment: Deft. Guilty as charged in Count(s) _____1_____ (✓)
Presentence Report Order ( )   P.S.I. waived ( ✓ )

SENTENCE:
Count _1_     Imprisonment _____ days/months   Concurrent ( )  Consecutive ( )
                           ( ) Time served _____
              Credit for time served on this charge ( )
              Supervised release _____ months/years
              Probation _____ months
              Fine $ _125_     ( ) Fine not imposed
              Special Assessment $ _25_

Count _____   Imprisonment _____ days/months   Concurrent ( )  Consecutive ( )
              Supervised release _____ year(s)
              Probation _____ year(s)    concurrent ( )
              Fine $ _____    ( ) fine not imposed
              Special Assessment $ _____

Count _____   Imprisonment _____ days/months   Concurrent ( )  Consecutive ( )
              Supervised release _____ year(s)
              Probation _____ months
              Fine $ _____   ( ) fine not imposed
              Special Assessment $ _____

SPECIAL CONDITIONS: Probation/supervised release:
___ (2) incur no new credit without approval of probation officer
___ (4) Peform community service _____ hours during period of supervision
___ (6) participate in drug/alcohol treatment; ___ pay cost of treatment
___ (7) participate in mental health treatment; ____ pay cost of treatment
     _____ participate in anger management
___ (9) participate in home confinement program for )_____ with monitoring
       ___ permitted to work, attend church or other approved activities
       ___ maintain telephone without special features; no cordless phone
       ___ pay costs of electronic monitoring
___ ( ) Serve intermittent confinement for a period of _____ DAYS ( ) to be served on weekends;
       ( ) to be served as directed by the Probation Officer
___ (10) Motor vehicle restriction
for _____
___ (15) Provide Probation officer with access to financial information
___ ( ) Defendant's vehicle to be equipped ignition interlock device for _____

Other:

_____
_____
_____

___ Motions filed within ___ days          ___ Responses within _____ days
___ Reply within ____ days                 ___ Jury instructions filed 7 days prior to trial

License suspended for __1__ (day)(s)/year          _____ ASAP
Effective __6/20/11__

___ Restricted License:
___ To and from Work
___ during work, if required              _____ ASAP
___ necessary medical                     _____ probation
___ transport children                    _____ to jail
___
                                          _____
___

Fine to be paid by __7/20__, 20 __11__

Restitituion: $ _____
To:
_____
_____
_____

Defendant advised of right of appeal within 14 days ( ✓ )

Continued to _____, 20____ at _____ ___.M. for _____

___ Defendant released on PR bond          ___ Defendant continued on bond
___ Defendant remanded to custody          ___ Defendant directed to appear

OL __4__
CH __I__
GR __1-6__
Fine $__250__ to $ __5000__